EL PUEBLO, DEMANDANTE Y APELADO, *v.* PORTO RICAN AMERICAN
TOBACCO COMPANY, ACUSADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao
en causa por infracción a la Ley del Salario Mínimum.

No. 1696.—Resuelto en abril 29, 1921, por los fundamentos del caso *El Pueblo* v.
*Alvarez,* 28 D. P. R. 937, y *El Pueblo* v. *Porto Rican American Tobacco Co.,*
de abril 29, 1921, (pág. 397).

Abogados del apelado: *Sres. J. E. Figueras, Fiscal,* y *C.
Llauger.*

•Abogado del apelante: *Sr. L. Muñoz Morales.*

Confirmada la sentencia.

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro, Aldrey y Hutchison.